Case 1:23-cr-00066-RC   Document 1-1   Filed 09

Case: 1:22-mj-00208
Assigned To : Judge Harvey, G. Michael
Assign. Date : 9/19/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

I, Charles D. Robertson, am a U.S. Army Counterintelligence Special Agent and FBI Task Force Officer assigned to the FBI's Colorado Springs Resident Agency (CSRA), National Security Squad 2, which is part of the Joint Terrorism Task Force. On January 6, 2021, I was on duty and performing my official duties. Specifically, I am tasked with investigating terrorism activity, both foreign and domestic, in the CSRA area of responsibility. On January 6, 2021, there were many individuals from the State of Colorado located at and in the U.S. Capitol building. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives ("the House") and the United States Senate ("the Senate") were meeting in separate chambers of the U.S. Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the U.S. Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the U.S. Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage that appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### IDENTIFICATION OF LAVRENZ AND HER INVOLVEMENT IN THE EVENTS OF JANUARY 6, 2021

In the days after January 6, 2021, multiple tipsters alerted the FBI that Rebecca LAVRENZ had been among the rioters who unlawfully entered the U.S. Capitol. FBI agents then lawfully searched cellular telephone tower records and discovered that a cellular telephone associated with ▮▮▮▮▮1346, which is subscribed to LAVRENZ, was physically present inside the U.S. Capitol on January 6, 2021.

On April 26, 2021, FBI agents conducted a consensual interview with LAVRENZ at her home. She admitted traveling to Washington, D.C. to attend the "Stop the Steal" rally on the mall and, on January 6, 2021, following the crowd to the U.S. Capitol building. As she approached the U.S. Capitol from the east, LAVRENZ observed physical barriers indicating that the U.S. Capitol building grounds were a restricted area.

As the crowd grew, LAVRENZ observed people getting into physical confrontations with police, pushing on the barriers as the police pushed back. She saw a woman get injured in the exchange. When a man finally succeeded in pushing past a barrier and entering the U.S. Capitol, LAVRENZ observed that none of the police officers chased him. When the crowd eventually pushed aside the barriers, allowing people to stream through the main door of the U.S. Capitol on the East side, LAVRENZ followed and entered as well.

LAVRENZ stated that she spent approximately ten minutes inside the U.S. Capitol and described her path as roaming from the East center entrance to the Rotunda and back, exiting through the same door she entered. LAVRENZ also provided agents with the below photograph of herself at the U.S. Capitol on January 6, 2021, identifying herself as the only person facing the camera and wearing a red scarf and a white hat:



Agents reviewed U.S. Capitol surveillance camera footage and confirmed LAVRENZ's account. At approximately 2:43 p.m., LAVRENZ (circled in yellow below) entered the U.S. Capitol through the East Rotunda Doors, also known as the Columbus Doors:



Approximately one minute later, LAVRENZ ascended the east stairs, heading toward the Rotunda:



From approximately 2:45-2:47, LAVRENZ milled about in the Rotunda:



She briefly left the Rotunda for a few minutes, returning at 2:50 p.m.:



    At approximately 2:51, LAVRENZ left the Rotunda, descended the same east stairs she had previously climbed, spoke briefly to a U.S. Capitol Police officer, and then, at approximately 2:53 p.m., left the U.S. Capitol building through the Columbus Doors:



Based on the foregoing, there is probable cause to believe that Lavrenz violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of 18 U.S.C. § 1752, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

There is also probable cause to believe that Lavrenz violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the U.S. Capitol Buildings.

_____
Special Agent Charles Robertson
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of September 2022.


_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE