Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                     Criminal Case No.: *22-mj-208-GMH*

Rebecca Lavrenz

## PASSPORT RECEIPT

Defendant's passport, number ____647187190____ , has been surrendered to the

undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: _____
        Defendant

By: *Lawrence Pierre-Louis*
        Deputy Clerk

PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**     U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:**     United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
**Date:**  12/21/2022
**By:** s/ J. Charles

[ ] **Notice of Disposition**
**Date:**
**By:**

---

Defendant:  Rebecca Lavrenz
Date of Birth: [ ]/1952
SSN:   None Provided

Case Number:   22-mj-00201-NRN-1
Place of Birth:   USA

---

**Notice of Court Order** (Order Date:      12/19/2022      )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 647187190            and/or passport card number
none              to the custody of the U.S. District Court on  12/21/2022            .

---

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court