### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 1:22-mj-00208-GMH |
| REBECCA LAVRENZ | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VACATE OR CONTINUE HEARING REGARDING ASCERTAINMENT OF COUNSEL

COMES NOW, the Defendant, Rebecca Lavrenz, by and through counsel, David W. Fischer, Esq., and respectfully requests that the Ascertainment of Counsel hearing scheduled for January 19, 2023 at 1:00 p.m. be vacated or, in the alternative, continued, and in support of said motion states as follows:

1. Assistant United States Attorney Michael M. Gordon does not object to the present request.

2. A remote Ascertainment of Counsel hearing is scheduled before Magistrate Judge Zia M. Faruqui on January 19, 2023 at 1:00 p.m.

3. On January 18, 2023, undersigned counsel was retained in this matter and filed his Notice of Appearance with the Court. (ECF No. 10).

WHEREFORE, the Defendant respectfully requests that the remote Ascertainment of Counsel hearing scheduled for January 19, 2023 at 1:00 p.m. be vacated or, in the alternative, continued.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 19th day of January, 2023, a copy of the foregoing Motion to Vacate or Continue was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:      Michael M. Gordon, AUSA
                                            Michael.gordon3@usdoj.gov

                                            /s/
                                   David W. Fischer, Esq.