**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 1:22-mj-00208-GMH |
| REBECCA LAVRENZ | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendant's Motion to Vacate or Continue Hearing Regarding Ascertainment of Counsel, it is hereby ordered by the United States District Court for the District of Columbia that the Motion is granted and, thus, the remote Ascertainment of Counsel hearing scheduled for January 19, 2023 at 1:00 p.m. shall be ☐ vacated ☐ continued.

_____      _____
Date                                                Judge
                                                    United States District Court