# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:22-MJ-208 (RMM) |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| **Defendant.** | : | |

### *JOINT* MOTION TO CONTINUE STATUS CONFERENCE

The Court has scheduled a status conference for February 2, 2023. The parties hereby jointly move this Court for a three-week continuance.

In support of its motion, the government states that the government has extended a plea offer to the defendant, productive plea negotiations are ongoing, and the parties are hopeful that this case will resolve without trial. If these plea negotiations fail, however, a trial will be necessary. The parties expect to have an answer no later than February 17, 2023.

So as to conserve the Court's time and resources and ensure that the status conference is as productive as possible, the parties jointly request that the Court continue the status conference for three weeks, rescheduling it to occur any time after February 17, 2023.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    */s/ Michael M. Gordon*
    Michael M. Gordon
    Assistant United States Attorney, Detailee
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone No. 813-274-6370
    michael.gordon3@usdoj.gov