# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Criminal No. 1:22-mj-208-RMM |
| : | |
| **REBECCA LAVRENZ** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Joint Motion to Continue Status Conference, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled hearing on February 2, 2023 be continued for good cause until February 28, 2023 at 1:00 p.m. before Magistrate Judge G. Michael Harvey.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE