AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-00066-RC-1 |
| REBECCA LAVRENZ, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT REBECCA LAVRENZ                                                                                    .

Date:      06/28/2023                                         /s/ *John M. Pierce*
                                                                   *Attorney's signature*

                                                                   John M. Pierce
                                                                   *Printed name and bar number*

                                                                   JOHN PIERCE LAW P.C.
                                                                   21550 Oxnard Street
                                                                   3rd Floor, PMB 172
                                                                   Woodland Hills, CA 91367
                                                                   *Address*

                                                                   JPierce@johnpiercelaw.com
                                                                   *E-mail address*

                                                                   (213) 400-0725
                                                                   *Telephone number*

                                                                   *FAX number*