**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 1:23-cr-00066-RC |
| REBECCA LAVRENZ | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR LEAVE TO WITHDRAW APPEARANCE**

COMES NOW, David W. Fischer, Esq., and respectfully requests that the Court grant him leave to withdraw as counsel of record for the above-named Defendant, and in support of said motion states as follows:

1. On June 26, 2023, the Defendant discharged undersigned counsel in this matter.
2. The Defendant retained alternate counsel in this matter, John M. Pierce, Esq., who entered his appearance on June 28, 2023. (ECF No. 27).

WHEREFORE, undersigned counsel requests that his appearance be stricken from the present matter.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of June, 2023, a copy of the foregoing Request for Leave to Withdraw Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Michael M. Gordon, AUSA
                                            Michael.gordon3@usdoj.gov

                                              /s/
                                          David W. Fischer, Esq.