**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 1:23-cr-00066-RC |
| REBECCA LAVRENZ | * | |

\* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

IT IS HEREBY ORDERED, this _____ day of _____ 2023, by the United States District Court for the District of Columbia, that the appearance of David W. Fischer, Esq. on behalf of the Defendant be stricken from the above-referenced matter.

_____  
Date

_____  
Honorable Rudolph Contreras  
United States District Court