# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:23-CR-66 (RC) |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Terence Parker is entering his appearance in the above-captioned matter as counsel for the United States.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 24, 2024 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
|  |  |
| By: | /s/ *Terence Parker*<br>TERENCE PARKER<br>Trial Attorney (detailee)<br>United States Attorney's Office for<br>the District of Columbia<br>New York Bar No. 5775192<br>Terence.Parker3@usdoj.gov<br>(202) 803-1600 |