UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00066-RC-1 |
| | : | |
| REBECCA LAVRENZ, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT REBECCA LAVRENZ MOTION FOR TRIAL BY MAGISTRATE JUDGE

NOW comes Defendant, Rebecca Lavrenz, by and through his counsel of record, John M. Pierce, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by magistrate judge of the district.

Rebecca Lavrenz was charged with violations of 18 U.S.C. § 1752(a)(1) and (2), and with 40 U.S.C. § 5104(e)(2)(D) and (G) by and through a criminal complaint filed on September 19, 2022.

Pursuant to 18 U.S.C. § 3401, a defendant that is charged with only misdemeanors may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant Rebecca Lavrenz waives her right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

Dated: February 13, 2024

        Respectfully submitted,

        */s/ John M. Pierce*
        John M. Pierce
        John Pierce Law P.C.
        21550 Oxnard Street
        3rd Floor PMB #172
        Woodland Hills, CA 91367
        P: (213) 349-0054
        jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, February 13, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce