UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 1:23-CR-66 (RC) |
| | : | |
| REBECCA LAVRENZ | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' PRETRIAL STATEMENT**

The United States files the following pretrial statement pursuant to the Court's pretrial order (ECF No. 30). The United States conferred with counsel for the defendant, who indicated that they intend to file separately.

**I.      Proposed Statement of the Case**

The United States has charged Rebecca Lavrenz with offenses that allegedly occurred at the United States Capitol on January 6, 2021. Count One charges Ms. Lavrenz with entering and remaining in a restricted building or grounds. Count Two charges Ms. Lavrenz with disorderly and disruptive conduct in a restricted building or grounds. Count Three charges Ms. Lavrenz with disorderly and disruptive conduct in a Capitol building. Count Four charges Ms. Lavrenz with parading, demonstrating, or picketing in a Capitol Building. Ms. Lavrenz has pleaded not guilty to all charges.

**II.     Estimated Trial Days**

The United States expects Trial to last approximately 3 days.

### III.  List of Expert Witnesses

The United States does not intend to call any expert witnesses.

At the time of filing, the United States has not received the defendant's position on expert witnesses.

### IV.  Outstanding Motions *in Limine*

<u>United States' Motions</u>

a) Motion *in Limine* (ECF No. 32)
   <u>Status:</u>   Pending; No Defense response filed.

<u>Defense Motions</u>

No Defense motions *in limine* filed.

### V.  Proposed *Voir Dire*

The United States' proposed *voir dire* questions are submitted as Attachment 1.

At the time of filing, the United States has not received the defendant's position on the proposed *voir dire.*

### VI.  Proposed Jury Instructions

The United States' proposed jury instructions are submitted as Attachment 2.

At the time of filing, the United States has not received the defendant's position on the proposed jury instructions.

**VII.   List of Prior Convictions to be Used**

The United States does not intend to use any prior convictions at trial.

**VIII.   Exhibit Lists**

The United States' exhibit list is submitted as Attachment 3.

Counsel for the defendant indicated that they intend to file their preliminary exhibit list separately. The United States received the defendant's preliminary exhibit list on February 15, 2024, and has noted its objections in Attachment 4.

**IX.   Stipulations**

The United States sent proposed stipulations to counsel for the defendant on February 12, 2024. At this time, the parties have not entered into any stipulations, however, the parties will continue to confer in good faith regarding potential stipulations.

**X.   Judicial Notice**

The United States does not have any matters for which it seeks the Court to take judicial notice.

At the time of filing, the United States has not received the defendant's position on judicial notice.

**XI.   Proposed Verdict Form**

The United States' proposed verdict form is submitted as Attachment 5.

For the United States:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/*Terence A. Parker*
Terence A. Parker
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

*/s/ Brendan Ballou*
Brendan Ballou
Special Counsel (Detailee)
U.S. Attorney's Office for the
District of Columbia
Email: brendan.ballou-kelley@usdoj.gov
Phone: (202) 431-8493