| | |
|---|---|
| Government | ☑ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**REBECCA LAVRENZ**

Criminal No.  2 3 - c r - 6 6

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| Category: 000 | **Video Montages** | | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | | | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras Montage | | | | |
| 003 | U.S. Secret Service Video with Radio Runs | | | | |
| Category: 100 | **United States Capitol Police Surveillance Video** | | | | |
| 101 | East Front Time Lapse | | | | |
| 102 | East Front House Egg – 2021-01-06 – 1148am | | | | |
| 103 | East Dome - 2021-01-06 - 141pm | | | | |
| 104 | East Dome - 2021-01-06 - 157pm | | | | |
| 105 | CVC Elevator Tower South - 2021-01-06 - 1202pm | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 106 | CVC Elevator Tower South - 2021-01-06 - 1222pm | | | | |
| 107 | CVC Elevator Tower South - 2021-01-06 – 1238pm | | | | |
| 108 | CVC Elevator Tower South - 2021-01-06 - 157pm | | | | |
| 109 | Rotunda Door Interior West - 2021-01-06 - 152pm | | | | |
| 110 | Rotunda Door Interior West - 2021-01-06 – 208pm | | | | |
| 111 | Rotunda Door Interior West - 2021-01-06 – 217pm | | | | |
| 112 | Rotunda Door Interior West - 2021-01-06 – 227pm | | | | |
| 113 | Rotunda Door Interior West - 2021-01-06 – 236pm | | | | |
| 114 | Rotunda Door Interior West - 2021-01-06 - 244pm | | | | |
| 115 | Rotunda Door Interior East - 2021-01-06 - 240pm | | | | |
| 116 | Rotunda Door Interior East - 2021-01-06 - 246pm | | | | |
| 117 | Rotunda South - 2021-01-06 - 242pm | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 118 | Rotunda North - 2021-01-06 - 242pm | | | | |
| 119 | Rotunda North - 2021-01-06 - 250pm | | | | |
| Category: 200 | Photographs | | | | |
| 201 | Aerial View of U.S. Capitol Building and Grounds | | | | |
| 202 | Capitol Grounds with Perimeter | | | | |
| 203 | "Area Closed" Capitol Police Sign | | | | |
| 204 | Capitol Grounds with "Area Closed" Capitol Police Signs on Fencing | | | | |
| 205 | East Front 3D Rendering | | | | |
| 206 | 3D Model of Capitol | | | | |
| 207 | 3D Model of East Front of U.S. Capitol | | | | |
| 208 | 3D Model of Exterior of Rotunda Doors of U.S. Capitol | | | | |
| 209 | Donald Trump Tweet December 19 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 210 | Map of the First Floor of the U.S. Capitol | | | | |
| 211 | Map of the Second Floor of the U.S. Capitol | | | | |
| 212 | Lavrenz on East Front 1 | | | | |
| 213 | Lavrenz on East Front 2 | | | | |
| 214 | Lavrenz on East Front 3 | | | | |
| 215 | Map Showing Areas Comprising Capitol Grounds | | | | |
| Category: 300 | Videos | | | | |
| 301 | P.H. Video 1 | | | | |
| 302 | P.H. Video 2 | | | | |
| 303 | P.H. Video 3 | | | | |
| 304 | N.C. Video | | | | |
| 305 | ProPublica – Lavrenz Approaching Rotunda Steps | | | | |
| 306 | ProPublica – Lavrenz on Rotunda Steps | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 307 | Trump Ellipse Speech | | | | |
| 307A | Trump Ellipse Speech Transcript | | | | |
| 308 | J.H. Video 1 - Lavrenz in Rotunda | | | | |
| 309 | Bangumi French News Media Video | | | | |
| 310 | C.U. Video 1 - C3869E22-8F75-4741-958D-E93CE6D12D60 | | | | |
| 311 | Open Source Video Rotunda Door Breach | | | | |
| Category: 400 | Metropolitan Police Department Body-Worn Camera Footage | | | | |
| 401 | [Intentionally Blank] | | | | |
| Category: 500 | Rebecca Lavrenz Interviews | | | | |
| 501 | May 11, 2021 Rebecca Lavrenz Email to FBI | | | | |
| 502 | Clip 17:23 – 18:35 — Christian Civil Disobedience (Rebecca Lavrenz) | | | | |
| Category: 600 | Rebecca Lavrenz Social Media | | | | |
| 601 | Rebecca Lavrenz Facebook Page | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 602 | Facebook Live - Lance Wallnau | | | | |
| 602A | Clip 21:40–24:02 — Facebook Live - Lance Wallnau | | | | |
| 603 | Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) - Flashpoint | | | | |
| 603A | Clip 22:53 – 24:37 — Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) - Flashpoint | | | | |
| 604 | Screenshot of Facebook Live — Lance Wallnau | | | | |
| 605 | Screenshot of Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) — Flashpoint | | | | |
| Category: 700 | Stipulations | | | | |
| 701 | [Insert Signed Stipulations] | | | | |
| Category: 800 | Documents | | | | |
| 801 | Congressional Record Senate | | | | |
| 802 | Congressional Record House | | | | |
| 803 | Senate Concurrent Resolution 1 | | | | |
| 803A | Senate Concurrent Resolution 1 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | DEFENDANT'S OBJECTIONS |
|---|---|---|---|---|---|
| 804 | U.S. Constitution, Amendment XII | | | | |
| 804A | U.S. Constitution, Amendment XII | | | | |
| 805 | Title 15, United States Code, Section 15 | | | | |
| 805A | Title 15, United States Code, Section 15 | | | | |
| 806 | Title 15, United States Code, Section 16 | | | | |
| 806A | Title 15, United States Code, Section 16 | | | | |
| 807 | Title 15, United States Code, Section 17 | | | | |
| 808 | Title 15, United States Code, Section 18 | | | | |
| 809 | House Video Certificate of Authenticity | | | | |
| 810 | Senate Video Certificate of Authenticity | | | | |
| 811 | January 5, 2021 Email from Hawa re Head of State Notification | | | | |
| 812 | Secret Service Head of State Notification Worksheet | | | | |
| | | | | | |