UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | CASE NO. 23-CR-66 (RC) |
| v. | : | |
| | : | |
| REBECCA LAVRENZ, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' OBJECTIONS TO DEFENDANT'S
PRELIMINARY EXHIBIT LIST**

The government files the below objections to the defendant's exhibit list pursuant to the Court's pretrial order (ECF No. 30).  The government intends to work with defense counsel in a collaborative manner ahead of the pretrial conference to minimize objections and identify them ahead of time for the Court's convenience.  The government will be prepared to address all objections to the defendant's exhibits and any other issues at the pretrial conference, or at any earlier date the Court requires.

Based on the defendant's representations, the government objects to the following proposed exhibits identified in the defendant's exhibit list, which defense counsel sent to counsel for the government on February 15, 2024:

| Defense Exhibit Number | Government's Objection |
| :---: | :--- |
| 1 | 401/402 (relevance); 403 |
| 2 | 401/402 (relevance); 403; Hearsay |
| 3 | 401/402 (relevance); 403; Hearsay |
| 4 | 401/402 (relevance); 403; Hearsay; authenticity |
| 5 | 401/402 (relevance); 403; Hearsay |

| | |
|---|---|
| 6 | It is unclear what "Video from Mrs. Lavrenz" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 7 | 401/402 (relevance); 403; Hearsay. It is unclear whether Exhibit 7, titled "Photo of Stop Pence and Trump Protest Flyer" depicts a flyer from January 6, 2021, or some other event. |
| 8 | 401/402 (relevance); 403; Hearsay |
| 9 | 401/402 (relevance); 403 |
| 10 | 401/402 (relevance); 403; authenticity |
| 11 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 12 | It is unclear what "Section 24-705 First Amendment Assemblies: General Provisions" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 13 | 401/402 (relevance); 403; Hearsay |
| 14 | It is unclear what "gao-22-104829[25148]" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 15 | It is unclear what "MPD-001-00000034[25146]" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 16 | 401/402 (relevance); 403; Hearsay |
| 17 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 18 | 401/402 (relevance); 403 |
| 19 | 401/402 (relevance); 403 |

| | |
|---|---|
| 20 | 401/402 (relevance); 403 |
| 21 | 401/402 (relevance); 403 |
| 22 | 401/402 (relevance); 403 |
| 23 | 401/402 (relevance); 403 |
| 24 | 401/402 (relevance); 403 |
| 25 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 26 | 401/402 (relevance); 403 |
| 27 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 28 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 29 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 30 | 401/402 (relevance); 403; Hearsay |
| 31 | 401/402 (relevance); 403; Hearsay |
| 32 | 401/402 (relevance); 403; Hearsay |
| 33 | 401/402 (relevance); 403; Hearsay |
| 34 | 401/402 (relevance); 403; Hearsay |
| 35 | The government will not object to this exhibit if it is stipulated that Ms. Lavrenz read this letter prior to January 6, 2021. |
| 36 | 401/402 (relevance); 403 |
| 37 | 401/402 (relevance); 403 |

| | |
|---|---|
| 38 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 39 | 401/402 (relevance); 403 |
| 40 | 401/402 (relevance); 403 |
| 41 | 401/402 (relevance); 403 |
| 42 | 401/402 (relevance); 403 |
| 43 | 401/402 (relevance); 403 |
| 44 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 45 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 46 | It is unclear what "MAGAMAPGUIDE" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 47 | 401/402 (relevance); 403 |
| 48 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 49 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 50 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |