UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 23-CR-66 (RC)** |
| v. | : | |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| Defendant. | : | |

**<u>UNITED STATES' PROPOSED VERDICT FORM</u>**

We, the jury in the above-titled case, find the defendant:

**As to COUNT ONE: Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1):**

\_\_\_\_\_ Guilty     \_\_\_\_ Not Guilty

**As to COUNT TWO: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2):**

\_\_\_\_\_ Guilty     \_\_\_\_ Not Guilty

**As to COUNT THREE: Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D):**

\_\_\_\_\_ Guilty     \_\_\_\_ Not Guilty

**As to COUNT FOUR: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G):**

\_\_\_\_\_ Guilty     \_\_\_\_ Not Guilty

DATE:     _____
          FOREPERSON