# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| : | Crim. Action No.:   23-66 (RC) |
| v.   : | |
| : | |
| REBECCA LAVRENZ, : | |
| : | |
| Defendant.   : | |
| : | |

## ORDER TRANSFERRING CASE TO
## UNITED STATES MAGISTRATE JUDGE

Upon consideration of Defendant Rebecca Lavrenz's Motion for Trial by Magistrate Judge, ECF No. 34, and her express and written election therein to be tried before a magistrate judge, with express and specific waiver of trial, judgment, and sentencing by a district judge, *see* 18 U.S.C. § 3401(b), as well as the government's consent to the same in its Response to Defendant's Motion for Trial by Magistrate Judge, ECF No. 37, the Court **grants** the motion. The above captioned case is hereby **transferred** to United States Magistrate Judge Zia M. Faruqui for trial, judgment, and sentencing, and any related motions, on defendant's misdemeanor offenses, pursuant to Federal Rule of Criminal Procedure 58 and Local Criminal Rule 58(a), unless a superseding indictment is returned containing felony charges, at which time the referral will be terminated.

**SO ORDERED**.

Dated:  February 16, 2024                                                                                   RUDOLPH CONTRERAS
                                                                                                                          United States District Judge