AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1: 23-cr-066 |
| REBECCA LAVRENZ, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT REBECCA LAVRENZ .

Date: 02/23/2024

/s/ Roger I. Roots
*Attorney's signature*

Roger I Roots RI Bar # 6752
*Printed name and bar number*

JOHN PIERCE LAW P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
*Address*

rroots@johnpiercelaw.com
*E-mail address*

(775) 764-9347
*Telephone number*

*FAX number*