# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No: 1:23-CR-66-ZMF |
| : | |
| **REBECCA LAVRENZ,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to the United States' motion *in limine* to admit a video montage relating to the January 6, 2021 riot at the United States Capitol, filed on March 4, 2024, it is hereby **ORDERED** that the United States' motion is **GRANTED**.

Date: _____

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE