UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 1:23-CR-66-ZMF |
| : | |
| REBECCA LAVRENZ, : | |
| : | |
| Defendant. : | |

### ORDER

This matter having come before the Court pursuant to the United States' motion *in limine* to admit a video montage relating to the Congressional Record on January 6, 2021, without an authenticating witness, filed on March 4, 2024, it is hereby **ORDERED** that the United States' motion is **GRANTED**.

Date: _____

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE