UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CASE NO. 1:23-cr-66 (RC) |
| v. | : |
| | : |
| **REBECCA LAVRENZ,** | : |
| | : |
| Defendant. | : |

**DEFENDANT REBECCA LAVRENZ'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE REGARDING VIDEO MONTAGE EVIDENCE**

The United States is seeking, essentially, to trick, confuse, and mislead the jury in order to wrongfully convict Defendant of crimes she did not commit.

The government's recent Motion in Limine (ECF 44) show dozens of startling assaults, violent assaults with weapons, brutal and savage confrontations, and acts of property destruction, mostly on the precise opposite side of the Capitol from where Defendant allegedly entered, which Defendant could not have even seen or heard and which are entirely irrelevant to the allegations in Defendant's case.

The montage shows people breaking windows to enter the Capitol from the _west_ side. The montage shows brutal weapon attacks in 'the tunnel' on the _west_ side. The montage shows officers attacked with weapons while trying to close security doors in the Capitol's basement. The montage shows violent breaches of the Capitol's west side, and tense confrontations between officers and protestors in the clock tower area.  These Capitol Riot Video Montage

Evidences are very broad and vague, they do not serve a necessary purpose in regards to Defendant. Although the United States argues that this montage helps to set a scene for the case, it is more likely to misled and prejudice the jury due to the nature of the videos submitted.

By the plain definition of Rule 401, such "montage evidence" (a) has no "tendency to make a fact more or less probable than it would be without the evidence; and(b) the fact is of [no] consequence in determining the action."

The government argues that there is a screenshot form an exhibit in Fig. 3 ECF. 44 where the Defendant is circles in yellow. This screenshot does not prove or show anything other than hundreds of people outside of the Capitol.

The government's violent montage is not only irrelevant.  It is designed and intended to confuse, mislead, and scare the jury into wrongfully convicting Defendant. The montage fails to specifically show Defendant's carry out any alleged acts and risks prejudice to the jury more than having any substantive probative value. Even if there is any relevance, it is outweighed by the misleading nature of the montage.

CONCLUSION

For the foregoing reasons, the government's Motion in limine #44 should be denied.

Dated: March 11, 2024                                                                 Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I certify that I uploaded this document to the Court's ECF system, serving all parties of record.

*/s/ John M. Pierce*
John M. Pierce