UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No: 1:23-CR-66-ZMF |
| : | |
| REBECCA LAVRENZ : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

The parties file the following pretrial statement pursuant to the Court's pretrial order (ECF No. 40).

A.  **Joint Proposed Statement of the Case**

The United States has charged Rebecca Lavrenz with offenses that allegedly occurred at the United States Capitol on January 6, 2021. Count One charges Ms. Lavrenz with entering and remaining in a restricted building or grounds. Count Two charges Ms. Lavrenz with disorderly and disruptive conduct in a restricted building or grounds. Count Three charges Ms. Lavrenz with disorderly and disruptive conduct in a Capitol building. Count Four charges Ms. Lavrenz with parading, demonstrating, or picketing in a Capitol Building. Ms. Lavrenz has pleaded not guilty to all charges.

B.  **Joint Proposed *Voir Dire***

The United States' proposed *voir dire* questions are submitted as Attachment 1.

The Defendant stipulates to the same questions as the government.

C. **Proposed Jury Instructions**

The United States' proposed jury instructions are submitted as Attachment 2, and are substantively the same as the instructions the United States filed at ECF No. 35-2.

The Defendant's proposed jury instructions are filed at ECF No. 36.

D. **Witnesses**

United States Anticipated Witnesses:

1. **Special Agent John Smith (FBI)** — The United States anticipates that Special Agent Smith will testify as to (1) the Defendant's identity; (2) the Defendant's presence in photo and video exhibits; (3) statements made by the Defendant; and (4) social media posts related to the Defendant.
2. **Inspector Lanelle Hawa (USSS)** — The United States anticipates that Inspector Hawa will testify as to (1) the Vice President's presence at the U.S. Capitol on January 6, 2021, and (2) that the riot interfered with the Secret Service's function of protecting the Vice President.
3. **Captain Rani Brooks (USCP)** — The United States anticipates that Captain Brooks will testify as to (1) the restrictions in place at the U.S. Capitol on January 6, 2021; (2) an overview of the riot; and (3) the locations and events shown in various video exhibits.
4. **Lt. David Van Benschoten (USCP)** — The United States anticipates that Lt. Van Benschoten will testify as to the events that occurred on the East Front of the U.S. Capitol on January 6, 2021.

Defense Anticipated Witnesses[1]:

The Defendant has indicated that her witness list is as follows:

1. Rick Green
2. Craig Hill
3. Jennifer Lavrenz
4. Ken De Graaf
5. Ken Davis
6. Vickie Tonkins

---

[1] The United States received the Defendant's witness list on the evening of March 18, 2024, and reserves the right to lodge objections to specific witnesses.

7. Rex Tonkins
8. Colleen Mawdsley
9. Cheryl Newbanks
10. Steven Hill
11. Ryan Zink
12. Jeff Zink
13. Jim Cusick
14. Nancy Barron
15. Suzanne Monk
16. James Manship
17. Alex Jones
18. Tarik Johnson
19. Bobby Powell
20. David Sumrall

**E.     List of Expert Witnesses**

The United States does not intend to call any expert witnesses.

The Defendant does not intend to call any expert witnesses.

**F.     List of Prior Convictions to be Used**

The United States does not intend to use any prior convictions at trial.

**G.     Exhibit Lists**

The United States' exhibit list is submitted as Attachment 3. The United States' objections to the Defendant's proposed exhibits are submitted as Attachment 4.

The Defendant has indicated that she will file her exhibit list separately.

**H.      Stipulations**

The United States has proposed stipulations to the Defendant. The Defendant is reviewing the proposed stipulations. The parties will continue to confer in good faith regarding potential stipulations.

**I.      Joint Proposed Verdict Form**

The joint proposed verdict form is submitted as Attachment 5.

**J.      Judicial Notice**

The United States does not have any matters for which it seeks the Court to take judicial notice.

Respectfully submitted:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/*Terence A. Parker*
Terence A. Parker
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

*/s/ Brendan Ballou*
Brendan Ballou
Special Counsel (Detailee)
U.S. Attorney's Office for the
District of Columbia
Email: brendan.ballou-kelley@usdoj.gov
Phone: (202) 431-8493