UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 23-cr-66-ZMF |
| v. | : | |
| | : | |
| REBECCA LAVRENZ, | : | |
| | : | |
| Defendant. | : | |

## PROPOSED VOIR DIRE QUESTIONS

1. The government is represented in this case by Special Counsel Brendan Ballou-Kelley and Trial Attorney Terence Parker. Also at counsel table for the government are FBI Special Agent John Smith and paralegal Rachel Marcelin. [Please stand and face the jurors.] Do any of you know or believe you know any of these individuals?

2. Ms. Lavrenz is represented in this case by John Pierce and Roger Roots. [Also at counsel table is _____.] [Please stand.] Do any of you know or believe you know any of these individuals?

3. [Will the defendant please stand and face the jurors.] Do you any of you know, or believe you are personally acquainted with, the defendant in this case, Rebecca Lavrenz?

4. Do any of you know or believe you may know me, or any member of my courtroom staff?

5. Please take a moment to look around the courtroom. Do any of you think you recognize another member of the jury panel?

6. The following individuals may be called as witnesses or mentioned by name in this case.

   [Read witness list]

7. Based on the limited information you have about the case so far, do any of you believe you have read or heard anything in the news or on the internet or elsewhere about this particular case or about Ms. Lavrenz?

8. Based on what I've told you about the case so far, do any of you have concerns about whether you could be a fair and impartial jury in this case based on the nature of the charges alone?

9. Do you or a close friend or family member live or work at or near the U.S. Capitol building or its grounds? That could include working in Congress but also at an organization nearby.

10. Do you or any close friend or family member have a direct or indirect connection to, or were you or they personally affected by, the events that occurred at the U.S. Capitol on January 6, 2021?

11. Have you closely followed the news or Congressional hearings about the events that took place at the U.S. Capitol on January 6, 2021?

12. Do any of you have such strong feelings — either positive or negative — about the events of January 6, 2021, or the outcome of the 2020 Presidential election, that you would have difficulty hearing this case and deciding it fairly and impartially?

13. Do any of you have such strong feelings, either positive or negative, about law enforcement officers, or in particular, the D.C. Metropolitan Police Department and the U.S. Capitol Police, that you would find it difficult to be fair and impartial in this case?

14. Do you have such strong feelings — either positive or negative — about how the Department of Justice has been handling the criminal cases arising from the events on January 6, that it would be hard for you to be a fair and impartial juror in this case?

15. Have any of you had personal experiences with attending or observing an event where law enforcement engaged in crowd control that would affect your ability to be impartial with respect to either the defendant or law enforcement in this case?

16. Do any of you, or a close friend or family member, work for a law enforcement agency? This could include any local police or sheriff's department in or outside the District and it includes federal law enforcement agencies such as the FBI, the Secret Service, the Department of Homeland Security, the U.S. Capitol Police, and the National Guard. It also includes any prosecutors' offices, such as the United States Department of Justice, the U.S. Attorney's office, a state's attorney's office, or a district attorney's office.

17. Have you or any of your close friends or family members ever worked as a lawyer, or worked as a paralegal or investigator or other employee in a law office that practices criminal defense? This could include criminal defense work in either federal or local court, such as a private criminal defense attorney's law firm, the D.C. public defenders service, or the federal public defenders.

18. Other than the question I just asked about criminal defense work, have you or any of your close friends or family members ever studied law, worked as a lawyer, or worked as a paralegal or investigator or other employee in any type of law office? This could include in a government agency or a private law firm?

19. I will instruct the jury at the end of the trial that the testimony of a police officer should be treated the same as testimony from any other witness and that the jury should give not

give greater or lesser weight to the testimony of a witness simply because that witness is a police officer. Do you have such strong feelings or opinions about law enforcement officers, either positive or negative, that you would be unable to follow that instruction?

20. Does anyone have any strong opinions about either prosecutors or defense attorneys, in general or in connection with January 6 cases in particular, that might affect your ability to be fair to both sides in this case?

21. Have any of you, or one of your close friends or family members, been arrested for, charged with, or convicted of a crime, other than a traffic violation?

22. Within the past ten years, have any of you, or a close friend or family member, been a victim of or witness to a crime?

23. Within the past ten years, have any of you testified as a witness in any court in any case?

24. Have you ever served as a grand juror in either state or federal court?

25. Within the past ten years, have you served as a trial juror in any kind of case in either state or federal court?

26. Does anyone already have an opinion, sitting here today, about whether this defendant is guilty or not guilty of the offenses with which he's been charged?

27. In this case, as in all criminal cases, the government bears the burden to prove its case beyond a reasonable doubt, and this burden rests with the government and never shifts to the defendant. The defendant is presumed to be innocent unless and until the government meets that burden, and she has no obligation to offer her own defense. Is there anyone who would have any difficulty or hesitation applying these principles of law in this case?

28. All defendants have a constitutional right not to testify, and if Ms. Lavrenz decides not to testify, I will instruct you that you cannot hold her silence against her in any way. Would any of you have any difficulty following that instruction?

29. Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct. The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law, or does not understand the reasons for some of the rules, it is the jury's duty to follow those rules. Will you have any difficulty following my legal instructions, whatever they may be?

30. If you are selected as a juror in this case, I will instruct you that you must continue to avoid all media coverage relating to this case, if there is any, including newspaper articles, radio, television, podcasts, social media, and other Internet sources. You will also be forbidden from talking about the case, Googling this case, or blogging, tweeting,

reading, or posting comments about this case on social media sites or anywhere else on the Internet. Do you have any reservations or concerns about your ability or your willingness to follow this instruction?

31. If, after considering all of the evidence and my instructions on the law, you find the defendant guilty of one or more counts in the indictment, it will be my job as the judge and my job alone to determine the punishment based on a number of factors, and you will be instructed that you may not take the question of possible punishment into account in your decision. Is there anyone who would have difficulty following that instruction?

32. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Is there anyone who feels that they would have difficulty expressing their own opinions and thoughts about this case to their fellow jurors?

33. Do you have any personal beliefs, whether religious, philosophical, or otherwise, such that you could not, after hearing all the evidence and law in this case, pass judgment on another person in a criminal case?

34. Do you have any difficulty speaking, reading, writing, or understanding the English language?

35. Do you have any vision or hearing issues, or any other physical, health, or medical conditions, that might interfere with your ability to hear or understand what the witnesses say, to view exhibits and photographs, or to sit and give this trial your full attention?

36. We expect the presentation of evidence in this case to conclude late this week. After the close of evidence, the jury will deliberate until it reaches a decision. Given this schedule, would serving as a juror in this case at this time pose an extreme hardship or be very difficult for you?

37. Finally, is there any other reason — even if I haven't asked about it — that would make you unable to sit as a juror in this case, giving the evidence your full attention, being fair and impartial to both sides, and deciding the case based solely on the evidence you've heard in this courtroom and the law that I instruct you applies?