**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Crim. No. 23-CR-66-ZMF** |
| **REBECCA LAVRENZ,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNITED STATES' EXHIBIT LIST**

| 000 SERIES – VIDEO MONTAGES | | | | |
|---|---|---|---|---|
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |
| 001 | U.S. Capitol Police CCTV Camera Montage | | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras Montage | | | |
| 003 | U.S. Secret Service Video with Radio Runs | | | |
| **100 SERIES – UNITED STATES CAPITOL POLICE SURVEILLANCE VIDEO** | | | | |
| 101 | East Front Time Lapse | | | |
| 102 | East Front House Egg – 2021-01-06 – 1148am | | | |
| 103 | East Dome – 2021-01-06 – 141pm | | | |
| 104 | East Dome – 2021-01-06 – 157pm | | | |

| *No.* | *Description* | Witness | Admitted? | Date |
|---|---|---|---|---|
| 104A | Defendant Circled – East Dome – 2021-01-06 – 157pm | | | |
| 104B | Time-Synched Side-by-Side Comparison of Exhibit 104A and Exhibit 305 | | | |
| 105 | CVC Elevator Tower South – 2021-01-06 – 1200pm | | | |
| 106 | CVC Elevator Tower South – 2021-01-06 – 157pm | | | |
| 106A | Defendant Circled – CVC Elevator Tower South – 2021-01-06 – 157pm | | | |
| 107 | CVC Elevator Tower North – 2021-01-06 – 200pm | | | |
| 107A | Defendant Circled – CVC Elevator Tower North – 2021-01-06 – 200pm | | | |
| 108 | Rotunda Door Interior West – 2021-01-06 – 151pm | | | |
| 109 | Rotunda Door Interior East – 2021-01-06 –  240pm | | | |
| 110 | Rotunda South - 2021-01-06 - 242pm | | | |
| 111 | Rotunda North - 2021-01-06 - 242pm | | | |
| 112 | CCTV of Vice President Evacuated | | | |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 113 | CVC Elevator Tower North – 2021-01-06 – 205pm | | | |
| **200 SERIES – PHOTOGRAPHS** | | | | |
| 201 | Aerial View of U.S. Capitol Building and Grounds | | | |
| 202 | Capitol Grounds with Perimeter | | | |
| 203 | "Area Closed" Capitol Police Sign | | | |
| 204 | Capitol Grounds with "Area Closed" Capitol Police Signs on Fencing | | | |
| 205 | East Front 3D Rendering | | | |
| 206 | 3D Model of Capitol | | | |
| 207 | 3D Model of East Front of U.S. Capitol | | | |
| 208 | 3D Model of Exterior of Rotunda Doors of U.S. Capitol | | | |
| 209 | Donald Trump Tweet December 19 | | | |
| 210 | Map of the First Floor of the U.S. Capitol | | | |
| 211 | Map of the Second Floor of the U.S. Capitol | | | |

| *No.* | *Description* | Witness | Admitted? | Date |
|---|---|---|---|---|
| 212 | Lavrenz on East Front 1 | | | |
| 213 | Lavrenz on East Front 2 | | | |
| 214 | Lavrenz on East Front 3 | | | |
| 215 | Map Showing Areas Comprising Capitol Grounds | | | |
| 216 | Capitol Second Floor Map | | | |
| **300 SERIES – VIDEOS** | | | | |
| 301 | P.H. Video 1 | | | |
| 302 | P.H. Video 2 | | | |
| 303 | P.H. Video 3 | | | |
| 304 | N.C. Video | | | |
| 305 | ProPublica – Lavrenz Approaching Rotunda Steps | | | |
| 305A | Defendant Circled – ProPublica – Lavrenz Approaching Rotunda Steps | | | |
| 306 | ProPublica – Lavrenz on Rotunda Steps | | | |
| 307 | Trump Ellipse Speech | | | |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 307A | Trump Ellipse Speech Transcript | | | |
| 308 | J.H. Video 1 - Lavrenz in Rotunda | | | |
| 309 | Bangumi French News Media Video | | | |
| 310 | C.U. Video 1 - C3869E22-8F75-4741-958D-E93CE6D12D60 | | | |
| 311 | Open Source Video Rotunda Door Breach | | | |
| 312 | Open Source Video of Rotunda Steps | | | |
| **400 SERIES – METROPOLITAN POLICE DEPARTMENT BODY-WORN CAMERA FOOTAGE** | | | | |
| 401 | [Intentionally Blank] | | | |
| **500 SERIES – REBECCA LAVRENZ INTERVIEWS** | | | | |
| 501 | May 11, 2021 Rebecca Lavrenz Email to FBI | | | |
| 502 | Clip 17:23 – 18:35 — Christian Civil Disobedience (Rebecca Lavrenz) | | | |
| **600 SERIES – REBECCA LAVRENZ SOCIAL MEDIA** | | | | |
| 601 | Rebecca Lavrenz Facebook Page | | | |
| 601A | Header of Rebecca Lavrenz Facebook Page | | | |

| No. | Description | Witness | Admitted? | Date |
|---|---|---|---|---|
| 601B | Post 1 of Rebecca Lavrenz Facebook Page | | | |
| 601C | Post 2 of Rebecca Lavrenz Facebook Page | | | |
| 602 | Facebook Live - Lance Wallnau | | | |
| 602A | Clip 21:40–24:02 — Facebook Live - Lance Wallnau | | | |
| 603 | Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) - Flashpoint | | | |
| 603A | Clip 22:53 – 24:37 — Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) - Flashpoint | | | |
| 604 | Screenshot of Facebook Live — Lance Wallnau | | | |
| 605 | Screenshot of Hope Is Not Lost! Featuring Attorney Sidney Powell (Dec. 29) — Flashpoint | | | |
| **700 SERIES – STIPULATIONS** | | | | |
| 701 | [Intentionally Blank] | | | |
| **800 SERIES – DOCUMENTS** | | | | |
| 801 | Congressional Record Senate | | | |

| No. | Description | Witness | Admitted? | Date |
|-----|-------------|---------|-----------|------|
| 802 | Congressional Record House | | | |
| 803 | Senate Concurrent Resolution 1 | | | |
| 803A | Senate Concurrent Resolution 1 | | | |
| 804 | U.S. Constitution, Amendment XII | | | |
| 804A | U.S. Constitution, Amendment XII | | | |
| 805 | Title 15, United States Code, Section 15 | | | |
| 805A | Title 15, United States Code, Section 15 | | | |
| 806 | Title 15, United States Code, Section 16 | | | |
| 806A | Title 15, United States Code, Section 16 | | | |
| 807 | Title 15, United States Code, Section 17 | | | |
| 808 | Title 15, United States Code, Section 18 | | | |
| 809 | House Video Certificate of Authenticity | | | |
| 810 | Senate Video Certificate of Authenticity | | | |

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|:---:|---|---|---|---|
| 811 | January 5, 2021 Email from Hawa re Head of State Notification | | | |
| 812 | Secret Service Head of State Notification Worksheet | | | |