UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 23-CR-66-ZMF |
| v. | : | |
| | : | |
| REBECCA LAVRENZ, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' OBJECTIONS TO DEFENDANT'S PRELIMINARY EXHIBIT LIST

The United States files the below objections to the Defendant's exhibit list pursuant to the Court's pretrial order. The United States will be prepared to address all objections to the Defendant's exhibits and any other issues at the pretrial conference. The United States objects to the following proposed exhibits identified in the Defendant's exhibit list, which defense counsel sent to counsel for the United States on February 15, 2024:[1]

| Defense Exhibit Number | Government's Objection |
|---|---|
| 1 | 401/402 (relevance); 403 |
| 2 | 401/402 (relevance); 403; Hearsay |
| 3 | 401/402 (relevance); 403; Hearsay |
| 4 | 401/402 (relevance); 403; Hearsay; authenticity |
| 5 | 401/402 (relevance); 403; Hearsay |
| 6 | It is unclear what "Video from Mrs. Lavrenz" refers to. The video file provided by defense counsel that is labeled "Ex 6" is from the west side of the U.S. Capitol, which Ms. Lavrenz did not go to on January 6, 2021. |

---

[1] The Defendant has indicated that she will file her exhibit list separately. The United States reserves the right to file amended objections to the Defendant's exhibit list should there be any differences between the February 15, 2024 list and the forthcoming list.

1

| | |
|---|---|
| 7 | 401/402 (relevance); 403; Hearsay. It is unclear whether Exhibit 7, titled "Photo of Stop Pence and Trump Protest Flyer" depicts a flyer from January 6, 2021, or some other event. |
| 8 | 401/402 (relevance); 403; Hearsay |
| 9 | 401/402 (relevance); 403 |
| 10 | 401/402 (relevance); 403; authenticity |
| 11 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 12 | 401/402 (relevance); 403. (Defendant's provided a file with this name but labelled as Exhibit 17; the United States' objection is based on that exhibit) |
| 13 | 401/402 (relevance); 403; Hearsay |
| 14 | It is unclear what "gao-22-104829[25148]" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 15 | It is unclear what "MPD-001-00000034[25146]" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 16 | 401/402 (relevance); 403; Hearsay |
| 17 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 18 | 401/402 (relevance); 403 |
| 19 | 401/402 (relevance); 403 |
| 20 | 401/402 (relevance); 403 |
| 21 | 401/402 (relevance); 403 |
| 22 | 401/402 (relevance); 403 |

| | |
|---|---|
| 23 | 401/402 (relevance); 403 |
| 24 | 401/402 (relevance); 403 |
| 25 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 26 | 401/402 (relevance); 403. (Defendant's exhibit list states that Exhibit 26 are "Pictures and Videos pertaining to #NWScaffoldCommander, however, Defendant's provided a file labelled "Ex 26 Trump Speech." The United States objection is based on what is listed on the Defense exhibit list). |
| 27 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 28 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 29 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 30 | 401/402 (relevance); 403; Hearsay |
| 31 | 401/402 (relevance); 403; Hearsay |
| 32 | 401/402 (relevance); 403; Hearsay |
| 33 | 401/402 (relevance); 403; Hearsay |
| 34 | 401/402 (relevance); 403; Hearsay |
| 35 | The government will not object to this exhibit if it is stipulated that Ms. Lavrenz read this letter prior to January 6, 2021. |
| 36 | 401/402 (relevance); 403 |
| 37 | 401/402 (relevance); 403 |
| 38 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |

| | |
|---|---|
| 39 | 401/402 (relevance); 403 |
| 40 | 401/402 (relevance); 403 |
| 41 | 401/402 (relevance); 403 |
| 42 | 401/402 (relevance); 403 |
| 43 | 401/402 (relevance); 403 |
| 44 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 45 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 46 | It is unclear what "MAGAMAPGUIDE" refers to. The government reserves the right to object after it has had an opportunity to review this exhibit. |
| 47 | 401/402 (relevance); 403 |
| 48 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 49 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |
| 50 | This exhibit is marked "Reserved." If an exhibit is added to this spot, the government will review it and raise any appropriate objections. |