**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 23-CR-66-ZMF** |
| **v.** | **:** | |
| | **:** | |
| **REBECCA LAVRENZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT PROPOSED VERDICT FORM**

We, the jury in the above-titled case, find the defendant:

**As to COUNT ONE: Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1):**

_____ Not Guilty     _____ Guilty

**As to COUNT TWO: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2):**

_____ Not Guilty     _____ Guilty

**As to COUNT THREE: Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D):**

_____ Not Guilty     _____ Guilty

**As to COUNT FOUR: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G):**

_____ Not Guilty     _____ Guilty

DATE: _____          _____
                                                       FOREPERSON