**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 1:23-CR-66** |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED JURY INSTRUCTIONS**

On February 15, 2024, the government submitted its proposed jury instructions in this case.  ECF No. 35.  Later that same day, the defense proposed its own instructions.  ECF No. 36.  In its pretrial conference, the Court told the parties to identify their areas of disagreement on the instructions.  The government reached out to the defense many times to do so, both before and after the Court's direction, but to date, has not received a response.

Accordingly, the government has attempted to identify the areas of disagreement based on the parties' previous submissions.  These are captured in the attached instructions for the charged accounts.  The government asks the Court to direct the defense to clarify if these are, in fact, the areas of dispute.

Respectfully submitted,

DATED: March 24, 204

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:     /s/ Brendan Ballou
        Brendan Ballou
        Special Counsel
        DC Bar No. 241592
        U.S. Attorney's Office for the
        District of Columbia
        601 D Street NW

Washington, DC 20001
(202) 431-8493
brendan.ballou-kelley@usdoj.gov

Terence A. Parker
Trial Attorney
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859