FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry      07/18/2022

On July 6, 2022, at approximately 3:30PM CST, this writer along with Federal Bureau of Investigation (FBI) Special Agent ▌▌▌▌▌▌ conducted an interview of John David GUANDOLO ▌▌▌▌▌▌ at the McDonalds located at 8055 S Loop 12, Dallas, Texas 75217. After being advised of the identity of the interviewing Agents and the nature of the interview, GUANDOLO made the following statements and provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview were electronically recorded which captures the actual words spoken (See serial 29, FBI property number 1D2).**

GUANDOLO traveled to Washington D.C. from January 4, 2021, through January 7, 2021, with his friend Dr. Burton Purvis ▌▌▌▌▌▌ to support a prayer group run by ▌▌▌▌▌▌. GUANDOLO did not recall the name of the hotel at which he and Purvis stayed but remembered the hotel was approximately a fifteen (15) walk to the U.S. Capitol.

[REDACTED]

GUANDOLO felt the media's interpretation of the events of January 6, 2021, did not match what he observed while he was in Washington, D.C. Specifically, GUANDOLO described the events as a "patriotic tailgate" and not an insurrection. GUANDOLO described watching large groups of individuals walking up the steps of the U.S. Capitol building with flags and signs and being allowed inside by the Capitol Police Officers. GUANDOLO stated he never entered the U.S. Capitol at any point during the January 6, 2021, events and was rarely more than twenty (20) yards from the ▌▌▌▌ permitted space outside the U.S. Capitol.

[REDACTED]

Investigation on  07/06/2022  at  Dallas, Texas, United States (In Person)

File # _____      Date drafted  07/14/2022

by  ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) In-Person Interview of John GUANDOLO , On 07/06/2022 , Page 2 of 2