**From:** Parker, Terence (USADC)
**Sent:** Sunday, March 24, 2024 8:24 PM
**To:** Emily Lambert; John Pierce
**Cc:** Ballou-Kelley, Brendan (USASPC); Roger Roots; Katie Pierce
**Subject:** RE: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)


We do not intend to produce anything else related to this 302.

Sincerely,
Terence

**Terence A. Parker**
Trial Attorney (Detailee)
U.S. Attorney's Office for the District of Columbia

**From:** Emily Lambert
**Sent:** Sunday, March 24, 2024 7:13 PM
**To:** Parker, Terence (USADC); John Pierce
**Cc:** Ballou-Kelley, Brendan (USASPC); Roger Roots; Katie Pierce
**Subject:** [EXTERNAL] RE: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)

Well, according to the 302 you all provided, it states "The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview were electronically recorded which captures the actual words spoken (See serial 29, FBI property number 102)." We believe this is material to Mrs. Lavrenz's defense, as it is obvious that this agent and the other two, were standing in the SAME AREA as Mrs. Lavrenz, and his statements and observations are likely exculpatory.


Respectfully,
Em Lambert



**From:** Emily Lambert
**Sent:** Sunday, March 24, 2024 6:47:09 PM
**To:** Parker, Terence (USADC); John Pierce

**Cc:** Ballou-Kelley, Brendan (USASPC) ~~[redacted]~~ ; Roger Roots ~~[redacted]~~ Katie Pierce ~~[redacted]~~
**Subject:** Re: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)

Can you also please provide us with unredacted 302's of the other agents he was present with on J6? Thanks so much.
Thank You,
Emily Rutherford

> On Mar 24, 2024, at 10:53 AM, Emily Lambert <~~[redacted]~~> wrote:
>
> Can you please provide me with an unredacted copy of this?
>
> Respectfully,
> Em Lambert

