**From:** Parker, Terence (USADC)
**Sent:** Sunday, March 24, 2024 5:10 PM
**To:** Emily Lambert; John Pierce
**Cc:** Ballou-Kelley, Brendan (USASPC); Roger Roots; Katie Pierce
**Subject:** RE: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)

Good afternoon,

The redacted 302 is what will be uploaded in the next round of global discovery and is all that we plan to produce at this time. I am not aware of any audio of the interview and have no reason to believe any exists.

On a different topic, during the pretrial conference the Court asked that the defense provide the government with a better sense of which witnesses the defense actually intends to call during trial. To comply with the Court's request, please provide us with an updated witness list that names the witnesses who are reasonably likely to testify, and a brief summary of their anticipated testimony, which was required under the Court's pretrial order. As you are aware, the government raised concerns about possible conflicts, and the requested information will assist in preventing unnecessary delays or motions practice.

Sincerely,
Terence

**Terence A. Parker**
Trial Attorney (Detailee)
U.S. Attorney's Office for the District of Columbia

**From:** Emily Lambert <
**Sent:** Sunday, March 24, 2024 10:56 AM
**To:** Parker, Terence (USADC)                              ; John Pierce
**Cc:** Ballou-Kelley, Brendan (USASPC)                              Roger Roots
                              Katie Pierce
**Subject:** [EXTERNAL] RE: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)

Could you also direct me to the audio of the actual interview?

Respectfully,
Em Lambert
Client Advocate
John Pierce Law
P:



**From:** Emily Lambert
**Sent:** Sunday, March 24, 2024 10:53:55 AM
**To:** Parker, Terence (USADC)                              ; John Pierce
**Cc:** Ballou-Kelley, Brendan (USASPC)                          Roger Roots                              Katie Pierce
**Subject:** RE: US v. Rebecca Lavrenz Trial (DDC 23-cr-66)

Can you please provide me with an unredacted copy of this?

Respectfully,
Em Lambert
Client Advocate
John Pierce Law

