CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                    )          Civil/Criminal No.: _____23-CR-66_____
)
)
REBECCA LAVRENZ                        )

## NOTE FROM JURY

With regard to the definition of "willfully", we understand that the defendent does not need to be aware of the specific law or rule she may be violating however does the defendent need to know that the action they intend to do is something the law forbids?

Date: ~~1:32 pm~~ 4/2/2024                          ⌣          FOREPERSON

Time: 1:32 pm

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                     vs.

REBECCA LAVRENZ

)
)
)
)
)
)
)

Civil/Criminal No.: _____23-CR-66_____

## NOTE FROM JURY

In the definition of "Knowingly" does the phrase "aware of the nature of her conduct" include an understanding or awareness of the legality of her conduct?

For example does it matter whether or not she knew or believed her conduct was criminal.

Date: 4/2/2024

Time: 11:10 AM

FOREPERSON