CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

REBECCA LAVRENZ

Civil/Criminal No.: CR 23-66

**NOTE FROM JURY**

In considering Count 4 does a persons lawful or unlawful entry need to be taken into account?

Date: 4/3/2024

Time: 2:47 pm

FOREPERSON

CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: CR 23-66
)
)
REBECCA LAVRENZ )

**NOTE FROM JURY**

Can we get all the supplemental instructions in writing?

Date: 4/3/2024

Time: 2:47 pm

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: CR 23-66
)
REBECCA LAVRENZ )

**NOTE FROM JURY**

In the definitions for Count 4, for the phrase "but does not include activities such as quiet praying" Can you provide examples of such activities?

Date: 4/3/2024

Time: 2:47 Pm

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

vs.

REBECCA LAVRENZ

Civil/Criminal No.: CR 23-66

**NOTE FROM JURY**

If you are quietly praying while also obstructing passageways, hearings, or meetings, are you still considered to be "demonstrating"?

Date: 4/3/2024

Time: 2:47 pm

FOREPERSON