UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO. 23-cr-066-ZMF

v.

REBECCA LAVRENZ
Defendant.

# VERDICT FORM

**Count I:** Entering or Remaining in a Restricted Building or Grounds

☐ Not Guilty          ☒ Guilty

**Count II:** Disorderly or Disruptive Conduct in a Restricted Building

☐ Not Guilty          ☒ Guilty

**Count III:** Disorderly Conduct in a Capitol Building or Grounds

☐ Not Guilty          ☒ Guilty

**Count IV:** Parading, Demonstrating, or Picketing in a Capitol Building

☐ Not Guilty          ☒ Guilty

Dated this 4 day of April, 2024

_____
FOREPERSON