CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )     Civil/Criminal No.: __CR 23-66__
)
)
REBECCA LAVRENZ )

## NOTE FROM JURY

The titles of the counts on the Verdict Form do not match the titles in the Jury Instructions. See count two and three. Can this be corrected on the Verdict Form?

Date: 4/4/2024

Time: 11:00 AM

FOREPERSON