United States

VS.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

Government Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Slideshow of Photos of Defendant & Family or Friends | | | | |
| 2 | CDU Operational Plan for the USCP | ✓ | ✓ | Rani Brooks | 3/26/24 |
| 3 | OPR Interview with Inspector Robert Glover | | | | |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | | | | |
| 5 | DC-001-00000001[37] | | | | |
| 6 | Video from Mrs. Lavrenz | | | | |
| 7 | Photo of Stop Pence and Trump Protest Flyer | | | | |
| 8 | Schedule for Wednesday January 6th 2021 | | | | |
| 9 | Open Source Video Protestors 3 | ' | ' | David Sunvall | 3/28/24 |
| 10 | U.S. Capitol Grounds Demonstration Area Map | | | | |

UNITED STATES

VS.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Reserved | | | | |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | | | |
| 13 | USCP January-6-Timeline[25142] | | | | |
| 14 | gao-22-104829[25148] | | | | |
| 15 | MPD-001-00000034[25146] | | | | |
| 16 | DC-FirstAmendment | | | | |
| 18 | Open source video of J6 2 | X | X | David Sumrall | 3/28/2024 |
| 19 | Open source video of J6 3 | ✓ | ✓ | David Sumrall | 3/28/2024 |
| 20 | Open source video of J6 4 | X | X | Lt. John Jenkins | 3/28/2024 |
| 20A | Warner Video | ✓ | X | Lt. John Jenkins Sgt. Anthony Warner | 3/28/2024 |

Government
Plaintiff ✓
Defendant
Joint
Court

United States of America

VS.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Open source video of J6 5 | ✓ | ✓ | David Sumrall | 3/28/24 |
| 22 | Open Source Video of J6 6 | ✓ | ✓ | David Sumrall | 3/28/24 |
| 23 | Open source video of J6 7 | | | | |
| 24 | 5 Demonstration Permits for J6 | | | | |
| 25 | Reserved | | | | |
| 26 | Pictures and Videos pertaining to #NWScaffoldCommander | | | | |
| 27 | Reserved | | | | |
| 28 | Reserved | | | | |
| 29 | Reserved | | | | |
| 30 | covering_riot_control_in_the_united_states_0 (1) | | | | |

United States of America

vs.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | | | | |
| 32 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | | | | |
| 33 | Impact_Munitions_Guide_ENGLISH | | | | |
| 34 | RiotID_Guide_ENGLISH | | | | |
| 35 | Letter from VP Pence | | | | |
| 36 | rubber bullets from above 2.mp4 | | | | |
| 37 | Firing Rubber Bullets from above.mp4 | | | | |
| 38 | Lavrenz Hearing Doc | | | | |
| 39 | Open Source Video Protestors 1 | | | | |
| 40 | Open Source Video Protestors 2 | | | | |

UNITED STATES

VS.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

| | EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| Government Plaintiff | | | | | | |
| Defendant | ✓ | | | | | |
| Joint | | | | | | |
| Court | | | | | | |
| | 41 | Photos and Videos regarding Pipe Bomb Suspect | | | | |
| | 42 | Pictures and Videos pertaining to #redonredglasses | | | | |
| | 43 | Open source video of J6 1 | | | | |
| | 44 | CCTV Camera 7231 | | | | |
| | 45 | Reserved | | | | |
| | 46 | MAGAMAPGUIDE | ✓ | ✓ | David Sunrall | 3/28/2024 |
| | 47 | Montage of Protestor telling people to go to Capitol | | | | |
| | 48 | 48.1, 48.2, 48.3, Videos from Bobby Powell | ✓ | ✓ | Bobby Powell | 3/29/2024 |
| | 49 | Reserved | | | | |
| | 50 | Lavrenz Hearing | ✓ | ✓ | Rebecca Lavrenz | 4/1/2024 |

United States

VS.

Rebecca Lavrenz

Civil/Criminal No. 1:23-cr-00066-RC-1

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 51 | USCP-003-00000037 | ✓ | ✓ | Rani Brooks | 3/26/2024 |
| 52 | Ex 52 Open Source Video of East Side 1 | ✓ | ✓ | Rani Brooks | 3/26/2024 |
| 53 | Cop moving barricade | ✓ | ✓ | Rani Brooks John Guisicke | 3/26/2024 3/29/2024 |
| 54 | United States Capitol | ✓ | ✓ | David Van Ben schoten | 3/27/24 |
| 63A | Ex 63.1 Guandolos - Made with Clipchamp | | | | |
| 63B | 63.2 Guandolos - Made with Clipchamp | | | | |
| 65 | Trump Speech | | | | |
| 66 | Video-Jan. 6, 2021 | | | | |
| 69 | Open Source Video East Side - Made with Clipchamp | | | | |