UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No: 1:23-CR-66-ZMF |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER ON UNITED STATES' MOTION FOR
AN ACCOUNTING OF FUNDS RAISED BY THE DEFENDANT**

Upon consideration of the United States' Motion for an Accounting of Funds Raised by the Defendant Rebecca Lavrenz, the Court hereby ORDERS that the Motion is GRANTED.

Date: _____, 2024

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE