UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    *Plaintiff*,

v.                                                  1:23CR00066-001
                                                    Zia M. Faruqui,
                                                    United States Magistrate Judge

Rebecca Lavrenz,
    *Defendant*.

**DEFENDANT'S MOTION FOR CONTINUANCE
TO SUBMIT ACCOUNTING OF FUNDS**

Rebecca Lavrenz ("Lavrenz") by and through her undersigned counsel, hereby moves this Court for a 10-day continuance and new date for her Response to Government's Motion for Accounting of Funds to be submitted. The Response is currently due July 25, 2024. The new date would be August 4, 2024.

Lavrenz's counsel are traveling for meetings and preparing several major briefs over the next few weeks. Due to significant preparation that these cases entail and a shortage of staff, counsel is requesting more time to submit the Response to ensure it contains the entirety of Lavrenz's argument and is of the quality Lavrenz is satisfied with.

Date: July 24, 2024                                             Respectfully Submitted,

                                                                        */s/ John M. Pierce*
                                                                        John M. Pierce
                                                                        John Pierce Law, P.C.
                                                                        2550 Oxnard Street
                                                                        3rd Floor, PMB #172
                                                                        Woodlands, Hills, CA 91367
                                                                        jpierce@johnpiercelaw.com
                                                                        (213) 279 – 7648

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, July 24, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce