# ATTACHMENT 1

## The Lavrenz Account (Aug. 5, 2024 at 2:16 p.m. EDT)



Available at: https://www.givesendgo.com/rebeccalavrenz