## ATTACHMENT 2

## The NCLU Account (Aug. 5, 2024 at 2:17 p.m. EDT)



Available at: https://www.givesendgo.com/rebeccalavrenzj6