**ATTACHMENT 3**

**Lavrenz Post-Trial Interview Links**

| DATE | INTERVIEW | LINK |
|---|---|---|
| April 5, 2024 | Newsmax | https://www.facebook.com/NEWSMAX/videos/1499741183945911/?fs=e&mibextid=jpBbYv&rdid=Q6YgEWmRiXQmfGi9 |
| April 5, 2024 | War Room with Steven Bannon | https://rumble.com/v4nq1dc-bannon-rebecca-lavrenz-praying-grandma-rebecca-lavrenz-on-taking-action-to-.html |
| April 7, 2024 | Colorado Free Press with Ashe Epp | https://coloradofreepress.com/the-colorado-show-4-07-24-at-2pm-mdt/ |
| April 8, 2024 | Richard Randall Show | https://omny.fm/shows/richard-randall-show/jan-6th-praying-grandma |
| April 8, 2024 | America First with Sebastian Gorka | https://rumble.com/v4p5f6q-j6-grandmother-speaks-out-on-america-first-with-sebastian-gorka.html |
| April 8, 2024 | The Absolute Truth with Emerald Robinson | https://frankspeech.com/Video/biden-regime-sends-72-year-old-praying-grandmother-to-jail |
| April 10, 2024 | America's Mom with Sheronna Bishop | https://frankspeech.com/Video/americas-mom-with-sherronna-bishop-joined-by-rebecca-lavrenz-and-micki-witthoeft |
| April 10, 2024 | CannCon Brian Lupo | https://rumble.com/v4ohz30-inside-j6-w-the-praying-grandma-rebecca-lavrenz.html |
| April 10, 2024 | The Tamera Scott Show | https://www.worldviewweekend.com/tv/video/tamara-scott-show-joined-john-stover-and-rebecca-lavrenz |

1

| April 11, 2024 | His Glory TV with David Scarlett | https://rumble.com/v4ovymw-rebecca-lavrenz-the-j6-praying-great-grandma-and-jd-rucker-joins-his-glory-.html |
|---|---|---|
| April 12, 2024 | Lou Dobbs Tonight | https://rumble.com/v4p4a08-lou-dobbs-tonight-4-12-2024.html |
| April 16, 2024 | Conservative Daily with Joe Oltmann and David Clements | https://rumble.com/v4pox82-16-march-2024-joe-oltmann-and-david-clements-live-12pm-est.html |
| April 17, 2024 | Wall Builders Show with Rick Green | https://www.buzzsprout.com/2077254/14904137 |
| April 18, 2024 | Flashpoint with Gene Bailey | https://vimeo.com/936486826/1a2139a274?share=copy |
| April 23, 2024 | AssemblexIowaX (Twitter Spaces) | https://x.com/AssemblexIowa/status/1782935194271404108 (accessible through mobile app). |
| April 23, 2024 | Joe Hoft Show | https://rumble.com/v4qzlj3-the-joe-hoft-show.html |
| April 26, 2024 | Flashpoint with Rick Green (event in Virginia Beach, VA) | https://flash-talks.2024flashpoint.live/index.html |
| May 2, 2024 | Kim Monson Show Podcast | https://www.klzradio.com/episode/5-2-2024-the-praying-grandma-has-charges-for-january-6th-rebecca-lavrenz-elaborates/ |
| May 5, 2024 | Gateway on Mt. Zion Church | https://vimeo.com/showcase/8328175?video=942560171 |

| May 8, 2024 | The Mat Christiansen Hour | https://www.youtube.com/live/NduUgSa5Lqc |
| June 2, 2024 | Super Woke News on X (with John Pierce and Roger Roots). | https://x.com/superwokenews2/status/1797074434110423396?s=46&t=uJxkMVfsPNiSTCu6BcVsyA |
| June 2, 2024 | Liberty Counsel with Mat Staver | https://rumble.com/v4zqwqt-the-j6-praying-grandma-rebecca-lavrenz-freedom-alive-ep119.html |
| June 12, 2024 | The Truth & Liberty Show | https://www.youtube.com/live/fItXwEpex0g |
| July 9, 2024 | Iowa Liberty Network (Twitter Spaces) | https://x.com/iowalibertynet/status/1810839489016738274?s=46 (accessible through mobile app). |