UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

v.                                    1:23CR00066-001
                                                        Zia M. Faruqui,
                                                        United States Magistrate Judge

Rebecca Lavrenz,
    Defendant.

### REBECCA LAVRENZ'S MOTION FOR TEMPORARY MODIFICATION OF PROBATION CONDITIONS TO ATTEND INAUGURATION WITH FAMILY

COMES NOW Defendant Rebecca Lavrenz ("Lavrenz"), by undersigned counsel, with this motion for temporary modification of Lavrenz' probation conditions so that Lavrenz can travel to and attend the upcoming presidential inauguration of Donald Trump in Washington, D.C.

1. Ms. Lavrenz has complied with all pre- and post-trial and post-sentencing conditions.

2. Among Lavrenz' probation conditions are a condition that Lavrenz not visit the Capitol or the District of Columbia.

3. However, Ms. Lavrenz would like to attend the upcoming inauguration of President Trump on January 20, 2025.

4. Significantly, Ms. Lavrenz' daughter, Laura Lavrenz has been a staff worker and supervisor for the Trump Campaign throughout 2024. Laura has worked on staging, coordinating, and helping organize Trump campaign events, speeches, and rallies.

5. Most recently, Ms. Lavrenz' daughter has been given more supervisory roles. At the inauguration, Laura Lavrenz is the deputy director of the swearing-in ceremony. Laura Lavrenz' duties include organizing, staging, and facilitating the swearing in ceremony for Donald J. Trump.

6. This will be a significant moment for the Lavrenz family; and Rebecca requests permission to travel and attend this special ceremony.

7. Nothing in the inauguration ceremony will require entering the actual Capitol building.

8. Accordingly, Ms. Lavrenz requests permission to travel to and attend President Trump's (and Laura Lavrenz') inauguration ceremony and accompanying receptions.

Undersigned counsel for Ms. Lavrenz contacted Government Counsel by email for their position on this motion but as of time of filing received no response.

Date: January 15, 2025       Respectfully Submitted,

                             /s/ John M. Pierce

John M. Pierce
John Pierce Law, P.C.
2550 Oxnard Street
3rd Floor, PMB # 172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(662) 665-1061

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, January 15, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce