UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. **23-cr-00066-ZMF** |
| ) | |
| **REBECCA LAVRENZ** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S MOTION FOR RETURN OF PASSPORT

Defendant, Rebecca Lavrenz, by and through undersigned counsel Roger Roots, hereby submits this motion in response to the U.S. District and Bankruptcy Courts for the District of Columbia's refusal to return the passport documents that they continue to maintain, despite the Defendant's current case posture. As the Court is aware, at Mrs. Lavrenz's sentencing in this case, the Court gave permission on the record for Mrs. Lavrenz to travel out of the country for necessary medical procedures, which would have required the return of Mrs. Lavrenz's travel documents to do so.  Client was pardoned by President Donald J. Trump on January 20th 2025, and undersigned counsel has made numerous attempts to regain client's property and documents since that date. Undersigned Counsel's paralegal, Emily Lambert has been in communication with multiple individuals, over multiple weeks, dragging into over a month now, being told by the clerk's office that she needed to contact the USAO, who then directed her to pretrial services, who then directed her

1

back to the clerk's office. We have been unable to receive an answer as to where these documents are or the status of their return since January 20th 2025, and until today had been told these documents were unable to be located. On 3/13/2025 Jean-Claude Douyon, Operations Supervisor for the U.S. District Court now claims to possess these documents, but refused to return said documents without a court order to do so. Client's health is now being detrimentally affected by the continuous refusal to return client's passport.

WHEREFORE, Defendant respectfully requests this Court to grant said relief and order the return of client's confiscated documents and property.

Date: March 13, 2025

                        Respectfully Submitted,

*/s/ Roger I. Roots*
*Roger I. Roots*
*10 Dorrance Street*
*Suite 700*
*Providence, Rhode Island 02903*
*Tel: (775) 764-9347*
*Email: roger@rootsjustice.com*

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Roger I. Roots, hereby certify that on this day, March 13, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Roger I. Roots*
Roger I. Roots