**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA  )** | |
| **)** | |
| v.                                        **)** | Criminal Action No. **23-cr-00066-ZMF** |
| **)** | |
| **REBECCA LAVRENZ**                **)** | |
| **)** | |
| **Defendant.**                      **)** | |

**DEFENDANT'S MOTION TO COMPEL FOR RETURN OF**
**PASSPORT**

Defendant, Rebecca Lavrenz, by and through undersigned counsel Roger Roots,
hereby submits this motion to compel in response to the now continuous refusal of
the U.S. District and Bankruptcy Courts for the District of Columbia to return the
passport documents that they continue to maintain, despite the Order of the Court on
03/17/2025. As the Court is aware, on 3/13/2025 Counsel was forced to file a motion
to request Mrs. Lavrenz's passport be returned due to the refusal of the D.C. Clerks
Office to return it, despite her case posture. (ecf 108). Court granted that motion on
3/17/2025 and ordered "Defendant's passport and any other travel documents shall
be returned to her or her counsel forthwith. Signed by Magistrate Judge Zia M.
Faruqui on 3/17/2025." Client's Counsel was in constant contact with the DC Clerks
office and was assured that her passport would be sent, priority overnight with a
tracking number given, the same day. Undersigned Counsel's paralegal, Emily

1

Lambert has been in constant communication , and was provided a tracking number  on 3/17/2025, and was told that it would not be trackable until later that same day.  As of today 3/20/2025, Counsel has been  provided a tracking number that does not show an existing,  or shipped package, and has not shown an existing  package for several days now.





The tracking number you entered can't be found right now. Please check the number with the shipper or try again later.

 Upon confirming with the Clerks Office that this is in fact the only tracking number they have associated with Mrs. Lavrenz's passport, and confirming with Fedex both online and via phone, Counsel now files this motion to compel the  D.C. Clerk's Office to provide viable and accurate information as to the location and status of Mrs. Lavrenz's passport, so that arrangements can be properly made to have her travel documents returned to her, in a timely manner, so she can seek her needed medical care, which worsens with each delay the DC Clerks Office continues to institute. Client's health is continually being detrimentally affected by the continuous refusal to return client's passport.

WHEREFORE, Defendant respectfully requests this Court to grant said relief and order the return of client's confiscated documents and property.

Date: March 20, 2025

Respectfully Submitted,

*/s/ Roger I. Roots*
*Roger I. Roots*
*10 Dorrance Street Suite 700*
*Providence, Rhode Island 02903*
*Tel: (775) 764-9347*
*Email: roger@rootsjustice.com*
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I, Roger I. Roots, hereby certify that on this day, March 20, 2025, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*<u>/s/ Roger I. Roots</u>*
Roger I. Roots

1